**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Bruce Charles HEGGEN, Defendant—
Appellant.**

No. 05–7445.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2005.

Decided: Nov. 30, 2005.

Bruce Charles Heggen, Appellant Pro Se. Amy Elizabeth Ray, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bruce Charles Heggen appeals the district court's order denying his Rule 41(g) motion for return of property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Heggen,* No. CR–02–145 (W.D.N.C. Sept. 2, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*